## Henry Cutbirth vs. Nath[L] Coggeshall

At the same Court [Dec. 14, 1727]

The Libell being read Cap[t] Updike Att[r] pro the Respond[t] pleaded that the App[lt] had no Authority to trade being an Apprentice whom in the Appl[ts] Serve and that the libell ought to be [quashed] who was answer'd by Cap[t] Bull Att[r] pro the App[lt] the Judge sustain'd the Libell. And then they proceed[d] to the Merrits of the Cause Joseph Seberry being Sworn in Court said that Cutbirth was Sick in Martinico and by his Desire Cap[t] Coggeshall sent for the Doctor to him And that he heard Cap[t] Coggeshall forwarn S[d] Cutbirth to bring any Mollasses on Board his Vessell but when this Dep[t] and the Cap[t] was both a Shore a hh[d] of Mollasses was brought on board and lay upon Deck when S[d] Depon[t] came on board S[d] Cutbirth owned and this Dep[t] saith he forwarnd S[d] Cutbirth of putting the Mollasses in the hold till the Cap[t] came on board and when the Cap[t] came on bord he told Cutbirth that he should not carry the Mollasses in the Vessell without he would pay the Doctors Bills and that he would beat out the head and s[d] Cutbirth s[d] he w[d] Stave out the head and S[d] Coggeshall Told him he had better not and then Cap[t] Coggeshall Ordered it to be Stowed away upon the Owners Account and Resque having first ordered s[d] Cutbirth to carry away S[d] Hogshead further Saith the hh[d] gauged about One hundred and two or three and thirty Gallons. Court adjourned till Tomorrow 10 Clock A M Dec[r] 15th 1727 The Court being met according to adj[mt] The Decree was past